UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
HERZOG, CHRISTINA MARIE                   §        Case No. 12-00617
                                          §
            Debtor(s)                     §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on            .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_[2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_\_[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Frances Gecker_____
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 12-00617   CAD   Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | HERZOG, CHRISTINA MARIE | Date Filed (f) or Converted (c): | 01/09/12 (f) |
| | | 341(a) Meeting Date: | 02/24/12 |
| For Period Ending: | 10/15/14 | Claims Bar Date: | 03/11/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate  41434 N. Westlake Ave., IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate  4865 N. Magnolia, Chicago, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 50.00 | 50.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 100.00 | 100.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 100.00 | 100.00 | | 0.00 | FA |
| 6. AUTOMOBILES, TRUCKS, TRAILERS | 800.00 | 800.00 | | 0.00 | FA |
| 7. Real Estate (u)  34943 South Carriage Lane, San Tan Valley, AZ 85140 | 0.00 | 14,900.00 | | 14,900.00 | FA |

TOTALS (Excluding Unknown Values)      $751,050.00      $15,950.00      $14,900.00

Gross Value of Remaining Assets

$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS REVIEWING CLAIMS AND WILL BE PREPARING A TFR.

LFORM1   UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                                                                                               Ver: 18.01

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 12-00617    CAD    Judge: Carol A. Doyle | Trustee Name: | Frances Gecker |
| Case Name: | HERZOG, CHRISTINA MARIE | Date Filed (f) or Converted (c): | 01/09/12 (f) |
| | | 341(a) Meeting Date: | 02/24/12 |
| | | Claims Bar Date: | 03/11/13 |

Initial Projected Date of Final Report (TFR): 08/01/13     Current Projected Date of Final Report (TFR): 06/15/14

/s/    Frances Gecker
_____     Date: 10/15/14
        FRANCES GECKER

Exhibit B

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| | |
|---|---|
| Case No: | 12-00617 -CAD |
| Case Name: | HERZOG, CHRISTINA MARIE |
| Taxpayer ID No: | *******8264 |
| For Period Ending: | 10/15/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9223 GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/08/13 | 7 | FIRST AMERICAN TITLE INSURANCE CO<br>475 EAST COTTONWOOD LANE<br>CASA GRANDE, AZ  85122<br><br>CLOSING COSTS | Sale of Real Property<br><br>Memo Amount:         14,900.00<br>Real Estate<br>Memo Amount:     (      458.37 )<br>Real Estate Taxes<br>Memo Amount:     (      407.33 )<br>Real Estate Taxes<br>Memo Amount:     (      295.00 )<br>Administrative Commission<br>Memo Amount:     (      493.00 )<br>Title Company Fees<br>Memo Amount:     (       20.00 )<br>Overnight Delivery<br>Memo Amount:     (        7.50 )<br>e-Recording Service Fee<br>Memo Amount:     (      230.00 )<br>ESCROW FEES<br>Memo Amount:     (    1,000.00 )<br>BROKER'S COMMISSION<br>Memo Amount:     (    1,000.00 )<br>BROKER'S COMMISSION<br>Memo Amount:     (        3.28 )<br>County Taxes on Real Estate | <br><br>1210-000<br><br>2820-000<br><br>2820-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>2500-000<br><br>3510-000<br><br>3510-000<br><br>2820-000 | 10,985.52 | | 10,985.52 |
| 01/23/13 | 001000 | FIRST AMERICAN TITLE | Tax Payment | 2500-000 | | 19.77 | 10,965.75 |

Page Subtotals     10,985.52     19.77

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*    Ver: 18.01

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-00617 -CAD |
| Case Name: | HERZOG, CHRISTINA MARIE |
| Taxpayer ID No: | *******8264 |
| For Period Ending: | 10/15/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******9223  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 475 E. COTTONWOOD LANE<br>CASA GRANDE, AZ  85122 | to Pinal County Treasurer | | | | |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | 10,965.75 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 14,900.00 | COLUMN TOTALS | 10,985.52 | 10,985.52 | 0.00 |
| Memo Allocation Disbursements: | 3,914.48 | Less:  Bank Transfers/CD's | 0.00 | 10,965.75 | |
| | | Subtotal | 10,985.52 | 19.77 | |
| Memo Allocation Net: | 10,985.52 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 10,985.52 | 19.77 | |

Page Subtotals    0.00    10,965.75

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-00617 -CAD | Trustee Name: | Frances Gecker |
|---|---|---|---|
| Case Name: | HERZOG, CHRISTINA MARIE | Bank Name: | Bank of New York Mellon |
|  |  | Account Number / CD #: | *******7259  GENERAL CHECKING |
| Taxpayer ID No: | *******8264 |  |  |
| For Period Ending: | 10/15/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 02/12/13 |  | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 10,965.75 |  | 10,965.75 |
| 02/14/13 | 010000 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 |  | 9.89 | 10,955.86 |
| 03/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 8.93 | 10,946.93 |
| 03/11/13 |  | Bank of New York Mellon | BANK SERVICE FEES | 2600-000 |  | 1.07 | 10,945.86 |
| 04/05/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 16.27 | 10,929.59 |
| 05/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 15.72 | 10,913.87 |
| 06/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 16.23 | 10,897.64 |
| 07/08/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 15.68 | 10,881.96 |
| 08/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 16.18 | 10,865.78 |
| 09/09/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 16.15 | 10,849.63 |
| 10/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 15.61 | 10,834.02 |
| 11/07/13 |  | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 |  | 16.11 | 10,817.91 |

Page Subtotals    10,965.75    147.84

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-00617 -CAD | | Trustee Name: | Frances Gecker |
|---|---|---|---|---|
| Case Name: | HERZOG, CHRISTINA MARIE | | Bank Name: | Bank of New York Mellon |
| | | | Account Number / CD #: | *******7259 GENERAL CHECKING |
| Taxpayer ID No: | *******8264 | | | |
| For Period Ending: | 10/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.56 | 10,802.35 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 16.06 | 10,786.29 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 16.04 | 10,770.25 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 14.46 | 10,755.79 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.99 | 10,739.80 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.45 | 10,724.35 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.94 | 10,708.41 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | 15.41 | 10,693.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 10,965.75 | 272.75 | 10,693.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 10,965.75 | 0.00 | |
| | | Subtotal | 0.00 | 272.75 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 272.75 | |
| | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 14,900.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 3,914.48 | GENERAL CHECKING - ********9223 | 10,985.52 | 19.77 | 0.00 |
| | | GENERAL CHECKING - ********7259 | 0.00 | 272.75 | 10,693.00 |
| Total Memo Allocation Net: | 10,985.52 | | 10,985.52 | 292.52 | 10,693.00 |
| | | | (Excludes Account | (Excludes Payments | Total Funds |
| | | Page Subtotals | 0.00 | 124.91 | |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 18.01

LFORM24

**FORM 2**

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 12-00617 -CAD |
| Case Name: | HERZOG, CHRISTINA MARIE |
| Taxpayer ID No: | *******8264 |
| For Period Ending: | 10/15/14 |

| | |
|---|---|
| Trustee Name: | Frances Gecker |
| Bank Name: | Bank of New York Mellon |
| Account Number / CD #: | *******7259  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | GENERAL CHECKING - ********9223 | | Transfers) | To Debtors) | On Hand |
| | | | GENERAL CHECKING - ********7259 | | | | |

Frances Gecker, Trustee

Trustee's Signature: ___/s/   Frances Gecker___   Date: 10/15/14
                     FRANCES GECKER

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 0.00 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 15, 2014 |
|---|---|---|---|---|---|---|

Case Number: 12-00617  
Debtor Name: HERZOG, CHRISTINA MARIE  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $1,353.55 | $0.00 | $1,353.55 |
| 001<br>3110-00 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $4,301.60 | $0.00 | $4,301.60 |
| 001<br>2100-00 | FRANCES GECKER, CHAPTER 7 TRUSTEE<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $2,240.00 | $0.00 | $2,240.00 |
| 000001<br>070<br>7100-00 | CURVES INTERNATIONAL AMERICAN FINANCIAL MANAGEMENT INC<br>3715 VENTURA DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Unsecured | | $29,994.64 | $0.00 | $29,994.64 |
| 000002<br>070<br>7100-00 | NORTHSIDE FEDERAL SAVINGS & LOAN ASSOCIATION OF CHICAGO<br>5159 N CLARK STREET<br>CHICAGO, IL 60640 | Unsecured | | $195,867.84 | $0.00 | $195,867.84 |
| | Case Totals: | | | $233,757.63 | $0.00 | $233,757.63 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-00617
Case Name: HERZOG, CHRISTINA MARIE
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO & ASSOCIATES, P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CURVES INTERNATIONAL | $ | $ | $ |
| 000002 | NORTHSIDE FEDERAL SAVINGS | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                              $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE