IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-00617 |
| | ) | |
| CHRISTINA MARIE HERZOG, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | **Hearing Date:** January 7, 2015 |
| | ) | **Hearing Time:** 10:30 a.m. |
| | ) | **Room No.:** 742 |

COVER SHEET FOR FIRST AND FINAL APPLICATION OF
FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND EXPENSES

Name of Applicant: FrankGecker, LLP

Authorized to Provide Professional Services to: Frances F. Gecker, Chapter 7 Trustee of the Estate of CHRISTINA MARIE HERZOG

Period for Which Compensation is Sought: June 15, 2012 through October 15, 2014

Amount of Fees Sought: $4,248.00

Amount of Expense Reimbursement Sought: $ 53.60

This is a: First and Final Application

The aggregate amount of fees and expenses *paid* to the Applicant to date for services rendered and expenses incurred herein is: $0.00.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-00617 |
| | ) | |
| CHRISTINA MARIE HERZOG, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | Hearing Date: **January 7, 2015** |
| | ) | Hearing Time: **10:30 a.m.** |
| | ) | Room No.: **742** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **January 7, 2015**, at **10:30 a.m.**, we shall appear before the Honorable Carol A. Doyle, or such other judge as may be sitting in her stead, in Courtroom 742 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **First and Final Application of FrankGecker LLP as Counsel to Frances Gecker, Chapter 7 Trustee of the Bankruptcy Estate of CHRISTINA MARIE HERZOG, for Compensation and Reimbursement of Expenses**, a copy of which is attached hereto and hereby served upon you.

Dated: December 2, 2014

Respectfully submitted,

FRANCES GECKER, not individually but as
Chapter 7 Trustee of the bankruptcy estate of
CHRISTINA MARIE HERZOG

By: _/s/ Zane L. Zielinski_
One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{HERZOG/001/00040325.DOCX/}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 12-00617 |
| | ) | |
| CHRISTINA MARIE HERZOG, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Honorable Carol A. Doyle |
| | ) | |

### FIRST AND FINAL FEE APPLICATION OF FRANKGECKER LLP AS COUNSEL TO FRANCES GECKER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF CHRISTINA MARIE HERZOG FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

FrankGecker LLP, counsel to Frances Gecker, the Chapter 7 Trustee (the "Trustee"), of the estate of CHRISTINA MARIE HERZOG (the "Debtor"), hereby submits this first and final fee application (the "Application") pursuant to 11 U.S.C. §§330, 331 and 507(a)(1) seeking compensation totaling $4,248.00 for legal services performed as counsel to the Trustee during the period of June 15, 2012 through and including October 15, 2014 (the "Application Period") and reimbursement of expenses totaling $53.60 incurred in connection with those services. In support of the Application, FrankGecker LLP respectfully represents as follows:

### INTRODUCTION

1. The Debtor filed a voluntary petition for relief under Chapter 7 of Title 11 of the U.S. Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division on January 9, 2012 (the "Petition Date").

2. Frances Gecker ("Trustee") is the duly appointed and qualified Chapter 7 Trustee.

3. The Trustee chose Zane Zielinski and the law firm of FrankGecker LLP ("FG") as her counsel in the Case. On August 7, 2012, this Court entered an order authorizing the Trustee to retain FG as her counsel retroactive to June 15, 2012.

4. Counsel has received $0.00 in previously awarded compensation and reimbursement of expenses.

5. The Debtor failed to schedule certain real property located at 34943 N. Carriage Lane, San Tan Valley, Arizona (the "Undisclosed Real Estate").

6. The Debtor did not assert an exemption on the Undisclosed Real Estate and the property was vacant, undeveloped land, unencumbered by any liens.

7. FG assisted in selling the Undisclosed Real Estate, which netted the Estate approximately $11,000.00 and paid all overdue taxes.

8. This Application seeks allowance of all fees and expenses incurred by FG from June 15, 2012 through and including October 15, 2014. To aid the Court in its review of this Application, the Trustee's counsel has divided this Application into three parts. Part I describes the practical and legal issues encountered by the Trustee's counsel, and actions taken and results obtained by counsel. Part II describes the qualifications and areas of expertise of the Trustee's attorneys. Part III describes the manner in which fees and expenses were calculated by the Trustee's attorneys.

## I. SERVICES PERFORMED

### A. Retention of Professionals/Fee Application $420.00

FrankGecker spent **1.20 hours** at a cost of **$420.00** on issues relating to drafting, filing and appearing in court to employ Trustee's professionals.

### B. Sale of Real Estate $3,828.00

FG spent **11.10 hours** at a cost of **$3,828.00** during the Application Period on issues relating to the sale of the Undisclosed Real Estate. FG worked closely with Trustee's Real Estate Broker in Arizona in regards to reviewing offers and counter-proposals, negotiations with

the buyer, researching tax issues; reviewing documents relating to title, mortgage and procuring overdue tax amounts on the Undisclosed Real Estate.

## II.   ATTORNEYS PROVIDING SERVICES FOR THIS ESTATE

Zane L. Zielinski (ZLZ) is an associate at FrankGecker LLP. Mr. Zielinski is a 2002 graduate of Chicago-Kent College of Law, where he was a member of the Editorial Board of the Chicago-Kent Law Review and was elected to the Order of the Coif. Mr. Zielinski specializes in bankruptcy law and has represented trustees, debtors and creditors in bankruptcy cases.

Reed Heiligman (RH) is an associate at FrankGecker LLP. Mr. Heiligman is a 2007 graduate of John Marshal Law School.

## III.  CALCULATION OF TIME AND FEES

This is the Trustee's first and final application for compensation and reimbursement of fees and expenses of FG. This fee application applies to fees and expenses incurred by FG from June 15, 2012 through and including October 15, 2014. All professional services for which compensation is requested herein, and all reimbursement for expenses incurred, have been for services directly related to the case and were rendered for the benefit of the Trustee and the Debtors' estate. No agreement or understanding exists between FG and any other person for the sharing of compensation received or to be received in connection with this case, other than as disclosed or authorized pursuant to 11 U.S.C. §§ 327, 328, 330 and 331.

As set forth in the attached exhibit, FG's attorneys and paralegal have spent a total of **12.30 hours** providing necessary legal services for the Trustee. As a result, they request compensation in the amount of **$4,248.00** for actual, necessary legal services performed (Exhibit

A). The average hourly rate is **$345.36**. In addition, FG has expended the sum of **$53.60** for actual necessary expenses incurred in representing the Trustee. FG has voluntarily written off all expenses related to fax and copying charges, only charging for off-site copying charges when incurred.

In preparing this fee application, FG has calculated the amount of time spent by each attorney and paralegal in performing actual, necessary legal services for the Trustee. The data used came directly from computer printouts of data which is kept by FG on each of its clients. The hourly rates charged are the regular hourly rates charged by the firm to its clients. FG worked to avoid any duplication of effort, and in instances where more than one attorney billed for a project, there was a need for multiple attorneys' involvement or the time of one of the attorneys was voluntarily written off.

To aid the Court in its review of this material, FG has prepared its time exhibits by topic as presented in the attached Exhibit A. For purposes of this Application, counsel has used two categories. Most of these categories are substantive. The time entries cover all work performed by FG regardless of whether it was office conferences, telephone conferences, research or some other type of work.

FG does not bill its clients or seek compensation in this fee application for its overhead expenses, including word processing, computer research charges, fax charges, phone charges or secretarial overtime, instead, such expenses are factored into FG's normal and customary rate.

No compensation has been promised to FG, other than as disclosed or approved by this Court. FG certifies that there is no agreement between the firm and any other party regarding the sharing of fees except with the firm's partners, nor has the firm discussed or negotiated the

amount of its fees with any party except the Trustee. Finally, FG represents that it is and remains a disinterested party and does not hold any relationship adverse to the estate.

WHEREFORE, FrankGecker LLP respectfully requests that this Court enter an Order:

A.      Allowing FrankGecker LLP first compensation for actual, necessary legal services in the amount of $4,248.00;

B.      Allowing FrankGecker LLP reimbursement of actual, necessary expenses in the amount of $53.60; and

C.      Authorizing the Trustee to pay FrankGecker LLP interim compensation and expense reimbursement in the total amount of $4,301.60.

Dated:  December 2, 2014                        Respectfully submitted,

                                                FRANCES GECKER, not individually but as
                                                Chapter 7 Trustee of the bankruptcy estate of
                                                CHRISTINA MARIE HERZOG,


                                        By:     /s/     Zane L. Zielinski
                                                One of her attorneys

Zane L. Zielinski (IL ARDC #6278776)
**FrankGecker LLP**
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel.: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

{HERZOG/001/00040325.DOCX/}                     5