UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                      §
CHRISTINA MARIE HERZOG                §    Case No. 12-00617
                                      §
          Debtor(s)                   §
                                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

　　　　4)  This case was originally filed under chapter     on            . The case was pending for     months.

　　　　5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

　　　　6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

　　　　Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

　　　　Dated: _____    By:/s/Frances Gecker_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| Suite 420<br>701 Poydras Street<br>New Orleans, LA  70139 | | | | | |
| 475 E. COTTONWOOD LANE<br>CASA GRANDE, AZ  85122 | | | | | |
| CLOSING COSTS | | | | | |
| FIRST AMERICAN TITLE INSURANCE CO | | | | | |
| Bank of New York Mellon | | | | | |
| FIRST AMERICAN TITLE INSURANCE CO | | | | | |
| FRANKGECKER LLP | | | | | |
| ALAN D. LASKO & ASSOCIATES P. C. | | | | | |
| FIRST AMERICAN TITLE INSURANCE CO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CURVES INTERNATIONAL | | | | | |
| 2 | NORTHSIDE FEDERAL SAVINGS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 12-00617 | CAD | Judge: | Carol A. Doyle | Trustee Name: | Frances Gecker |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | CHRISTINA MARIE HERZOG | | | | Date Filed (f) or Converted (c): | 01/09/2012 (f) |
| | | | | | 341(a) Meeting Date: | 02/24/2012 |
| For Period Ending: | 03/03/2015 | | | | Claims Bar Date: | 03/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. Real Estate | 500,000.00 | 0.00 | | 0.00 | FA |
| 3. CASH | 50.00 | 50.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 100.00 | 100.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 100.00 | 100.00 | | 0.00 | FA |
| 6. AUTOMOBILES, TRUCKS, TRAILERS | 800.00 | 800.00 | | 0.00 | FA |
| 7. Real Estate (u) | 0.00 | 14,900.00 | | 14,900.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)        $751,050.00        $15,950.00        $14,900.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS REVIEWING CLAIMS AND WILL BE PREPARING A TFR.

RE PROP #        1 --    41434 N. Westlake Ave., IL
RE PROP #        2 --    4865 N. Magnolia, Chicago, IL
RE PROP #        7 --    34943 South Carriage Lane, San Tan Valley, AZ 85140

Initial Projected Date of Final Report (TFR): 08/01/2013        Current Projected Date of Final Report (TFR): 10/15/2014

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-00617
Case Name: CHRISTINA MARIE HERZOG
Taxpayer ID No: XX-XXX8264
For Period Ending: 03/03/2015

Trustee Name: Frances Gecker
Bank Name: Congressional Bank
Account Number/CD#: XXXXXX9223
GENERAL CHECKING
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/08/13 | | FIRST AMERICAN TITLE INSURANCE CO<br>475 EAST COTTONWOOD LANECASA GRANDE, AZ  85122 | Sale of Real Property | | $10,985.52 | | $10,985.52 |
| | | | Gross Receipts            $14,900.00 | | | | |
| | | | ($230.00) | 2500-000 | | | |
| | | | ($1,000.00) | 3510-000 | | | |
| | | | ($407.33) | 2820-000 | | | |
| | | CLOSING COSTS<br>Closing Costs | CLOSING COSTS            ($295.00) | 2500-000 | | | |
| | | | ($493.00) | 2500-000 | | | |
| | | | ($458.37) | 2820-000 | | | |
| | | | ($7.50) | 2500-000 | | | |
| | | | ($20.00) | 2500-000 | | | |
| | | | ($1,000.00) | 3510-000 | | | |
| | | | ($3.28) | 2820-000 | | | |
| | 7 | | Real Estate            $14,900.00 | 1210-000 | | | |
| 01/23/13 | 1000 | FIRST AMERICAN TITLE<br>475 E. COTTONWOOD LANECASA GRANDE, AZ  85122 | Tax Payment to Pinal County Treasurer | 2500-000 | | $19.77 | $10,965.75 |
| 02/12/13 | | Trsf To Bank of New York Mellon | FINAL TRANSFER | 9999-000 | | $10,965.75 | $0.00 |

COLUMN TOTALS        $10,985.52        $10,985.52

Page Subtotals:        $10,985.52        $10,985.52

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 9

|  |  |  |
|---|---|---|
| Less: Bank Transfers/CD's | $0.00 | $10,965.75 |
| Subtotal | $10,985.52 | $19.77 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,985.52 | $19.77 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 12-00617  
Case Name: CHRISTINA MARIE HERZOG  
Taxpayer ID No: XX-XXX8264  
For Period Ending: 03/03/2015  

Trustee Name: Frances Gecker  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7259  
GENERAL CHECKING  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | $10,965.75 | | $10,965.75 |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD. Suite 420701 Poydras StreetNew Orleans, LA  70139 | Blanket Bond #016026455 | 2300-000 | | $9.89 | $10,955.86 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $8.93 | $10,946.93 |
| 03/11/13 | | BANK OF NEW YORK MELLON | BANK SERVICE FEES | 2600-000 | | $1.07 | $10,945.86 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.27 | $10,929.59 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.72 | $10,913.87 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.23 | $10,897.64 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.68 | $10,881.96 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.18 | $10,865.78 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.15 | $10,849.63 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.61 | $10,834.02 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.11 | $10,817.91 |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.56 | $10,802.35 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.06 | $10,786.29 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $16.04 | $10,770.25 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.46 | $10,755.79 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.99 | $10,739.80 |
| | | | Page Subtotals: | | $10,965.75 | $225.95 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-00617 | Trustee Name: | Frances Gecker | |
| Case Name: | CHRISTINA MARIE HERZOG | Bank Name: | The Bank of New York Mellon | |
| | | Account Number/CD#: | XXXXXX7259 | |
| | | | GENERAL CHECKING | |
| Taxpayer ID No: | XX-XXX8264 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 03/03/2015 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.45 | $10,724.35 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.94 | $10,708.41 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $15.41 | $10,693.00 |
| 01/09/15 | 10001 | FRANCES GECKER<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,240.00 | $8,453.00 |
| 01/09/15 | 10002 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $4,301.60 | $4,151.40 |
| 01/09/15 | 10003 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,353.55 | $2,797.85 |
| 01/09/15 | 10004 | CURVES INTERNATIONAL<br>AMERICAN FINANCIAL MANAGEMENT INC<br>3715 VENTURA DRIVE<br>ARLINGTON HEIGHTS, IL 60004 | Final distribution to claim 1 representing a payment of 1.24 % per court order. | 7100-000 | | $371.56 | $2,426.29 |
| 01/09/15 | 10005 | NORTHSIDE FEDERAL SAVINGS & LOAN ASSOCIATION OF CHICAGO<br>5159 N CLARK STREET<br>CHICAGO, IL 60640 | Final distribution to claim 2 representing a payment of 1.24 % per court order. | 7100-000 | | $2,426.29 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $10,965.75 | $10,965.75 |
| Less: Bank Transfers/CD's | $10,965.75 | $0.00 |
| Subtotal | $0.00 | $10,965.75 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $10,965.75 |

Page Subtotals: $0.00 $10,739.80

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7259 - GENERAL CHECKING | $0.00 | $10,965.75 | $0.00 |
| XXXXXX9223 - GENERAL CHECKING | $10,985.52 | $19.77 | $0.00 |
|  | $10,985.52 | $10,985.52 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $3,914.48 |
| Total Net Deposits: | $10,985.52 |
| Total Gross Receipts: | $14,900.00 |